# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID LEE BANKSTON

NO. 2024 KW 0168

**APRIL 19, 2024**

---

In Re:   David Lee Bankston, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 46555.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT